**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6831**

_____

JEROME JULIUS BROWN, SR.,

               Plaintiff - Appellant,

      v.

BROWN COUNTY CIRCUIT COURT; STEPHANIE BECKETT, Land Records
Sup.,

               Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Ellen  L.  Hollander, District Judge.
(1:13-cv-01277-ELH)

_____

Submitted:  July 19, 2013         Decided:  August 14, 2013

_____

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jerome Julius Brown, Sr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Julius Brown, Sr. appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Brown v. Brown Cnty. Circuit Court</u>, No. 1:13-cv-01277-ELH (D. Md. filed May 1, 2013; entered May 2, 2013). We grant Brown leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>